MASSETT BUILDING COMPANY, ET AL., PLAINTIFFS-RE-
SPONDENTS, v. HAROLD W. BENNETT, ET AL., DE-
FENDANTS-PETITIONERS.

See same case below:

*Mr. Theodore D. Parsons,* Attorney-General, and *Mr. Henry F. Schenk* for the petitioners.

*Mr. Murray Fredericks* for the respondents.

December 12, 1949.   Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ALBERT KLAUSNER, DEFENDANT-PETITIONER.

See same case below: 4 *N. J. Super.* 427.

*Mr. Nicholas A. Carella* and *Mr. Albert S. Gross* for the petitioner.

*Mr. Walter G. Winne* and *Mr. Wallace S. DePuy* for the respondent.

December 19, 1949.   Denied.